# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

ASHLEY DENNEA THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0946

———————————————————

October 1, 2025

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.